ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE M. HIKIDA
Assistant United States Attorney
Cal. Bar No. 153268
     Federal Building, Room 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone:   (213) 894-2285
     Facsimile:   (213) 894-7819
     E-mail: katherine.hikida@usdoj.gov

Attorneys for Federal Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTEN LYNN KEES, | No. CV 13-00533-SVW(FFMx) |
| Plaintiff, | **ORDER RE:** |
| v. | **DISMISSAL OF ACTION WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | **JS-6** |
| Defendant. | |
| | Honorable Stephen V. Wilson |

## ORDER

Pursuant to the parties' Stipulation for Compromise Settlement that was filed with this Court,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice. Each party shall bear her or its own costs and attorney's fees.

DATED: June 26, 2013.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

LAW OFFICES OF VICTOR ALEXANDROFF, APC

        /s/
_____
VICTOR ALEXANDROFF

Attorney for Plaintiff
KRISTEN LYNN KEES


ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

        /s/
_____
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
UNITED STATES OF AMERICA